UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MICHELLE M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 4:12-cv-00071-TWP-DML |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Complaint for Judicial Review of the Final Decision of the Commissioner. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The Commissioner's final decision that because Ms. Collins became disabled only *after* her insured status had ended, she was not eligible for Disability Insurance Benefits under Title II, is hereby AFFIRMED. A separate judgment will issue.

Date: 08/08/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Timothy Reidinger
timreidinger@sbcglobal.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov